IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABSOLUTE ABSTRACT AGENCY, INC., | : | CIVIL NO. 3:20-CV-0541 |
| | : | |
| | : | Magistrate Judge Saporito |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE OHIO CASUALTY INSURANCE COMPANY, | : | FILED WILKES BARRE |
| | : | DEC 30 2020 |
| Defendant | : | PER ___ms___ DEPUTY CLERK |

## ORDER

**AND NOW, this 30th day of December, 2020,** counsel having advised the Court that the above-captioned action has been settled (Doc. 18), **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED,** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

*Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**